### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date:  April 24, 2013 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |

Civil Action No.: 12-cv-01946-JLK

| | |
|---|---|
| TOG, INC., et al. | Denise D. Riley |
| | Stephen M. DeHoff |
| Plaintiffs, | |
| v. | |
| INNOVATIONS GROUP, INC., et al., | Kathryn A. Reilly |
| | Janine Castorina |
| | Jeffrey S. Bucholtz |
| Defendants. | |

### COURTROOM MINUTES

**Oral Argument**

**1:05 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED: Motion For Leave To File And Supplemental Brief For Defendant United States Postal Service (Filed 4/19/13; Doc. No. 40) is GRANTED.**

Argument heard regarding Doc. Nos. 23 (supersedes Doc. No. 19), and 24 (supersedes Doc. No. 20).

1:06 p.m.     Argument by Mr. Bucholtz.  Questions by the Court.

1:18 p.m.     Argument by Ms. Reilly.

1:24 p.m.     Response by Ms. Riley.  Questions by the Court.

2:16 p.m.     Rebuttal argument by Mr. Bucholtz.  Questions by the Court.

2:36 p.m.     Rebuttal argument by Ms. Reilly.

Comments by the Court.

*12-cv-01946-JLK*
*Oral Argument*
*April 24, 2013*

**ORDERED:** **Defendant United States Postal Service's Motion to Dismiss The complaint For Failure To State A Claim (Filed 9/25/12; Doc. No. 19) is DENIED as MOOT.**

**ORDERED:** **Motion To Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(6) [Filed 9/25-12; Doc. No. 20] is DENIED as MOOT.**

**ORDERED:** **Defendant United States Postal Service's Motion To Dismiss The Amended Complaint For Failure To State A Claim (Filed 10/26/12; Doc. No. 23) is taken UNDER ADVISEMENT.**

**ORDERED:** **IGI's Motion To Dismiss First Amended Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) [Filed 10/30/12; Doc. No. 24] is taken UNDER ADVISEMENT.**

**2:39 p.m.    Court in recess.**
Hearing concluded.
Time in court - 1 hour 34 minutes.