IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01946-JLK

TOG, INC., and
WILD HARVEST, LLC, on behalf of
themselves and all others similarly-situated,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
INNOVATIONS GROUP, INC., a Delaware corporation, and
OMAR DAJANI, an individual,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order (Docket No. 42) entered by Judge John L. Kane on July 3, 2013, incorporated herein by reference, it is

ORDERED that Defendant United States Postal Service's Motion To Dismiss the Amended Complaint for Failure to State a Claim (Doc. No. 23) is GRANTED. It is

FURTHER ORDERED that Defendant IGI's Motion to Dismiss First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 24] is DENIED as MOOT. It is

FURTHER ORDERED that FINAL JUDGMENT on Plaintiffs' antitrust claims IS HEREBY ENTERED in favor of the defendants and against the plaintiffs WITH

PREJUDICE, and the Amended Complaint and this civil action are dismissed and closed.

DATED at Denver, Colorado this <u>5th</u> day of September, 2013.

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                By: <u>s/ Edward P. Butler</u>
                                Edward P. Butler,
                                Deputy Clerk